SHOCKEY *v.* ILLINOIS.

No. 20, Misc.  Decided October 14, 1963.

*John R. Snively* for petitioner.

*William G. Clark,* Attorney General of Illinois, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment is vacated and the case is remanded to the Supreme Court of Illinois for further consideration in light of *Douglas* v. *California,* 372 U. S. 353.

MR. JUSTICE HARLAN, for the reasons stated in *Daegele* v. *Kansas, ante,* p. 1, would have withheld disposition of this petition for certiorari until the disposition, after argument, of that case.